**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
MANAN ILYAS,                                          :
                                                     :
        Plaintiff,                               :                25-CV-6621 (JPO) (OTW)
                                                     :
        -against-                               :                **ORDER**
                                                     :
DASHLANE USA, INC., et al.,                            :
                                                     :
        Defendants.                             :
                                                     :
                                                     :
------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court has reviewed Plaintiff's request to adjourn the June 16, 2026, settlement conference because "[Mr. Ilyas] is unavailable June 16...and he could not change his plans." (ECF 64). This explanation does not show good cause and the application is **DENIED WITHOUT PREJUDICE**.

        A new motion to adjourn the settlement conference, if desired, shall be filed by **May 27, 2026**. Plaintiff is given leave to file such an application under seal in order to explain the nature of his plans, when those plans were made, and why they take precedence over complying with a Court Order. **Unless or until an adjournment is granted, the parties' settlement conference submissions remain due June 9, 2026.**

        The Clerk of Court is respectfully directed to close ECF 64.

        **SO ORDERED.**

_/s/ Ona T. Wang_
Dated: May 21, 2026                            **Ona T. Wang**
      New York, New York                 United States Magistrate Judge