# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964-1178

Fax. 212.473.8705

Kami@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

May 26, 2026

**VIA ECF**
The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

**MEMO ENDORSED.**

Re:    **Manan Ilyas v. Dashlane USA. Inc., et al.**
       **Case No.: 25-cv-6621-JPO**

Dear Judge Wang:

The undersigned is counsel to Plaintiff Manan Ilyas ("Plaintiff") in the above-referenced matter. I write jointly with counsel for Defendants, Dashlane USA, Inc. and Paul Clauss, to respectfully request an adjournment of the June 16, 2026 Settlement Conference. *See* the Court's May 19, 2026 Scheduling Order at ECF Doc. 63. This is the Parties' first request for an adjournment of the Settlement Conference, and they make this request because Plaintiff is unavailable on June 16, 2026, as discussed during the May 14, 2026 pre-settlement conference call, and he could not change his plans because June 16, 2026 is the first day of Plaintiff's new job. Thus, pursuant to this Court's direction, the Parties propose the following alternative dates where they are all available for the settlement conference: July 6, 7, 8, 10, 13, 14, 23, and 24. The parties propose these dates instead of June 30 or July 1, which the Court alternatively proposed, because Defendants are not available on those dates.

We thank the Court for its consideration of this request.

Respectfully submitted,
GODDARD LAW PLLC

/s/ Kami Barker

Kami Barker

cc: All counsel [*Via ECF*]    Application **GRANTED**. The June 16, 2026, settlement conference is **ADJOURNED** to **July 24, 2026** at 2:00 p.m. The parties' settlement submissions are due **June 17, 2026.**

SO ORDERED.

Ona T. Wang                    May 29, 2026
U.S.M.J.