G O D D A R D L A W P L L C

39 Broadway, Suite 1540 | New York, NY 10006
Office. 646.964-1178
Fax. 212.473.8705
Kami@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

**Memo Endorsed.**

July 9, 2026

**VIA ECF**
The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

**Re: Manan Ilyas v. Dashlane USA. Inc., et al.**
**Case No.: 25-cv-6621-JPO-OTW**

Dear Judge Wang:

The undersigned is counsel to Plaintiff Manan Ilyas ("Plaintiff") in the above-referenced matter. With Defendants' consent, I write to respectfully request that the July 24, 2026 Settlement Conference be adjourned to start at 11:00 a.m., as opposed to 2:00 p.m., to accommodate Plaintiff's Counsel's religious observance on that day.

In the event the Court cannot start the conference at 11:00 a.m. that day, the Parties propose that another member of Plaintiff's firm, Ashley McCormack, attend the settlement conference in lieu of the undersigned. Ms. McCormack is available to attend the conference, will file a notice of appearance, will be fully prepared to discuss the case, and will have the undersigned available to her by phone until 8:00 p.m. Alternatively, the Parties propose that the Court schedule the settlement conference for the alternate date of August 11, 2026.

While the Court suggested that the Parties propose two additional dates that would work for us, the Parties were unable to find a second alternate date in the near future. This is why the undersigned prefers if the Court could reschedule the conference to 11:00 a.m. on the same date or permit our firm to send another attorney.

We thank the Court for its consideration of this request.

Respectfully submitted,
GODDARD LAW PLLC

/s/ Kami Barker
Kami Barker

The settlement conference on July 24, 2026 is **ADJOURNED to 1:00p.m. - 4:00p.m. on July 24,2026.**

**SO ORDERED.**

Ona T. Wang July 9, 2026
U.S.M.J.